# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN T. CASTRO,<br><br>    Plaintiffs<br><br>v.<br><br>RONALDO SOSA-SANTOS and UBER TECHNOLOGIES, INC.,<br><br>    Defendants | Case No.: 2:20-cv-00591-APG-BNW<br><br>**Order Deeming Order to Show Cause Satisfied** |

Defendant Uber Technologies, Inc. responded to my Order to Show Cause by alleging that plaintiff Kathryn Castro is claiming past medical expenses of $40,196.41, future scar revision surgery that will cost $10,600.00 and wage losses of $48,352.22. Uber provides no documentation or evidentiary support for these allegations. At this time, I will accept these representations from Uber's counsel as an officer of the court. I deem my OSC satisfied and I will not remand this case at this time. However, the parties remain responsible for proving that this court can properly exercise subject matter jurisdiction over this dispute before a judgment can be entered.

DATED this 16th day of April, 2020.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE