# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN T. CASTRO,<br><br>    Plaintiffs<br><br>v.<br><br>RONALDO SOSA-SANTOS and UBER TECHNOLOGIES, INC.,<br><br>    Defendants | Case No.: 2:20-cv-00591-APG-BNW<br><br>**Order for Plaintiff to File Proof of Service** |

Plaintiff Kathryn Castro has moved to remand this case to state court, contending that removal to this court was improper under the "forum defendant" rule. In her reply, Castro contends that defendant Ronaldo Sosa-Santos was served with process on March 23, 2020. ECF No. 15 at 2:12-13. If so, that would mean service was perfected before the case was removed on March 26, 2020, satisfying part of the requirement of 28 U.S.C. § 1441(b)(2). While Castro contends that her process server filed the affidavit of service on March 31, 2020 (*Id.* at 2:14), that affidavit is not part of this court's docket.[1] In order to evaluate Castro's motion to remand, I must verify the date defendant Sosa-Santos was served.

I THEREFORE ORDER plaintiff Castro to file in this court the appropriate proof of service upon defendant Sosa-Santos by May 18, 2020.

DATED this 13th day of May, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] Perhaps it was incorrectly filed in the state court post-removal.